**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-803-GW (DTBx) | Date | October 3, 2017 |
|---|---|---|---|
| Title | *Lisa Tedesco v. CountryWide Debt Relief, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: SETTLEMENT**

On September 29, 2017, Plaintiff Lisa Tedesco, filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for December 7, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 6, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG