JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TEDESCO<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRY WIDE DEBT RELIEF<br><br>    Defendant. | Case No.: EDCV 17-803-GW(DTBx)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. GOERGE H. WU |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each side is to bear its own attorney's fees and costs.

IT IS ORDERED.

Dated: November 6, 2017

_____
**GEORGE H. WU,**
U.S. DISTRICT JUDGE

**PROPOSED ORDER**                                    1